FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 DEC 18 PM 1:44

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| SCOTT EARL WILLIAMS, | 08-29012 RKM |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Questar Gas Company<br>Bankruptcy DNR 244<br>PO Box 3194<br>Salt Lake City, UT  84110-3194 | $2.95 |

The address listed above constitutes the last known address in question. The check in the amount of $2.95 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this ____ day of December, 2009.

_____
Duane H. Gillman, Trustee

SLC_516159.1